The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAKEVIEW FINANCIAL, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON DEPARTMENT OF FINANCIAL INSTITUTIONS,<br><br>      Defendant. | NO. 3:21-cv-05267-JHC<br><br>STIPULATION FOR AN ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR<br><br>JUNE 10, 2022 |

  IT IS HEREBY STIPULATED by and between KEVIN W. ROBERTS of Roberts Freebourn PLLC and DENNIS P. WILKINSON of Smith Woolf Anderson and Wilkinson, PLLC, counsel for Lakeview Financial, Inc., and ROBERT W. FERGUSON, Attorney General, and STEPHEN MANNING, Assistant Attorney General, counsel for State of Washington Department of Financial Institutions (Department) herein, that this matter be dismissed with prejudice.

/ / /

/ / /

/ / /

1  The Department has issued a license to Plaintiff and pursuant to the terms of the Consent Agreement
2  the parties entered into, this matter is to be dismissed with prejudice with each party to bear its own
3  costs and fees.
4      DATED this 10th day of June, 2022.

5  ROBERT W. FERGUSON                                ROBERTS | FREECOURN, PLLC
   Attorney General
6
   *[signature: Stephen Manning]*
7  _____              /s/ Kevin W. Roberts
   STEPHEN MANNING, WSBA #36965                       KEVIN W. ROBERTS, WSBA #29473
8  Assistant Attorney General                         Of Attorneys for Plaintiff
   Attorneys for Defendant State
9                                                     SMITH WOOLF ANDERSON & WILKIS

10                                                    /s/ Dennis P. Wilkinson
11                                                    _____
                                                      DENNIS P. WILKINSON,
12                                                    IDAHO BAR #6023
                                                      Of Attorneys for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## ORDER

THIS MATTER having come on before the above-entitled court upon stipulation of counsel, the court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. Each party is to bear its own costs and fees.

DONE IN OPEN COURT this 10th day of June, 2022.

_____
Hon. John H. Chun
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

STEPHEN MANNING, WSBA #36965
Assistant Attorney General
Attorneys for Defendant State

Approved as to form and notice
of presentation waived:

ROBERTS | FREECOURN, PLLC          SMITH WOOLF ANDERSON & WILKIS

/s/ Kevin W. Roberts                /s/ Dennis P. Wilkinson
KEVIN W. ROBERTS, WSBA #29473       DENNIS P. WILKINSON
Of Attorneys for Plaintiff          IDAHO BAR #6023
                                    Of Attorneys for Plaintiff